UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS THARPE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HYUNDAI MOTOR AMERICA INC., et al.,<br><br>　　　　Defendants. | Case No. 8:21-cv-01428-DOC-JDE<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE |

  At the request of and with scheduling input from the parties and per the Order of the Honorable David O. Carter, United States District Judge, a settlement conference will be held before Magistrate Judge John D. Early on **June 6, 2023, starting at 9:00 a.m. and continuing until terminated by the Court.** Lead counsel are ordered to appear in person before Judge Early at 9:00 a.m. Individual Plaintiffs are ordered to appear by videoconference by noon Pacific Time, with connection information to be provided to counsel by separate email. Defendants' corporate representatives shall appear either by videoconference or in person by noon. Below are the procedures that will be employed in conducting the conference.

1. **Confidential Settlement Statements.**

Confidential settlement statements and related communications shall be delivered by email to chambers at JDE_Chambers@cacd.uscourts.gov in accordance with directions previously issued to counsel.

2. **Attendance of Parties.** Parties and/or party representatives with full settlement authority are required to attend as directed, together with trial counsel for each party. A corporate party shall send a representative with full authority to make settlement decisions and execute a settlement agreement. When the settlement decision will be made in whole or in party by an insurer, the insurer shall send a representative with full authority to make settlement decisions. Failure to produce the appropriate person(s) at the conference and/or failure to participate in good faith may result in an award of costs and attorney's fees incurred by the other parties in connection with the conference and/or other sanctions against the noncomplying party and/or counsel.

3. **Conference Preparation.** The Court expects counsel to confer with their clients in advance of the conference to explore the party's settlement position. The parties are encouraged to exchange settlement proposals prior to the Conference. In certain circumstances the Court may, in its discretion, contact counsel for the parties by telephone on an ex parte basis after review of the confidential statements and Term Sheets but prior to the Conference.

Dated: May 24, 2023

JOHN D. EARLY
United States Magistrate Judge