# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No:** SA CV 21-01428-DOC (JDEx)      **Date:** June 12, 2023

**Title:** Travis Tharpe et al v Hyundai Motor America, Inc.

**PRESENT:** THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Brian Nelson | Robert Herrington |
| Hrag Alexanian | |

**PROCEEDINGS:**      **SCHEDULING CONFERENCE (not held)**

The case is called. The Court and counsel confer.

The Court ORDERS expedited discovery. The depositions of five named witnesses in the states of Texas, Georgia, Florida, and Virginia shall be completed before July 17, 2023.

The scheduling conference is continued to July 17, 2023 at 8:30 AM.

All persons, parties, clients, and individuals with settlement authority, are ordered to be present for this scheduling conference.

     :    12

Initials of Deputy Clerk: kdu