GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN CA 234417)
herringtonr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Jonathan H. Claydon (SBN IL 6289235)*
claydonj@gtlaw.com
Tiffany M. Andras (SBN IL 6320221)*
andrast@gtlaw.com
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
*Admitted pro hac vice

Attorney for Defendants
HYUNDAI MOTOR AMERICA, INC.
and HYUNDAI MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS THARPE, LAURA LEAMON, TREVER LEAMON, JOEL CARLISLE, TROY ACKERMAN, DEBORAH GEORGE, THOMAS BRADY, SHANNON BRADY, DANIEL LOPEZ, MONIKA LOPEZ, JEFFREY CURRY, COSTANDI PETE ASHI, CLAUDE BRALEY, PATRICIA BRALEY, MICHAEL BOUCHARD, JOANN BOUCHARD, PHILIP ISBELL, JONATHAN LEVINE, TERRY MOTTLEY, TERRY RICHTERS, ELAIN RICHTERS, and JAMES TAYLOR, JASON DUGGER, and STEPHANIE HEATLEY-DUGGER, each individually and on behalf of all others similarly situated, | CASE NO.: 8:21-cv-01428-DOC-JDE<br><br>Assigned to Hon. David O. Carter<br><br>**JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | |
| HYUNDAI MOTOR AMERICA, INC., and HYUNDAI MOTOR COMPANY, | |
| Defendants. | |

1

Plaintiffs Travis Tharpe, Laura Leamon, Trever Leamon, Joel Carlisle, Troy Ackerman, Deborah George, Thomas Brady, Shannon Brady, Daniel Lopez, Monika Lopez, Jeffrey Curry, Costandi Pete Ashi, Claude Braley, Patricia Braley, Michael Bouchard, Joann Bouchard, Philip Isbell, Jonathan Levine, Terry Motley, Terry Richters, Elain Richters, James Taylor, Jason Dugger, and Stephanie Heatley-Dugger and Defendants Hyundai Motor America, Inc. and Hyundai Motor Company (collectively, the "Parties"), by and through their respective counsel, hereby submit the following joint status report regarding settlement in accordance with this Court's July 5, 2023 Order (ECF. No. 84).

1.     Since the Court entered the July 5, 2023 Order, the Parties have reached a settlement agreement in principle.

2.     The Parties have exchanged drafts and comments on a written settlement agreement and are currently in the process of working to finalize and sign, after which this lawsuit will be dismissed.

3.     The Parties expect to finalize and sign the settlement agreement and submit a joint stipulation to dismiss within twenty-eight (28) days.


DATED: July 31, 2023                    GREENBERG TRAURIG, LLP


                                        By: */s/ Robert J. Herrington*
                                        Robert J. Herrington
                                        Attorney for Defendants
                                        HYUNDAI MOTOR AMERICA, INC.
                                        and HYUNDAI MOTOR COMPANY



DATED: July 31, 2023                    HELLMUTH & JOHNSON, PLLC


                                        By: */s/ Brian W. Nelson*
                                        Brian W. Nelson
                                        Attorney for Plaintiffs

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Brian Nelson, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.*

DATED: July 31, 2023                    GREENBERG TRAURIG, LLP


                                        By */s/ Robert J. Herrington*
                                        Robert J. Herrington
                                        Attorney for Defendants
                                        HYUNDAI MOTOR AMERICA, INC.
                                        and HYUNDAI MOTOR COMPANY