1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS THARPE, LAURA LEAMON, TREVER LEAMON, JOEL CARLISLE, TROY ACKERMAN, DEBORAH GEORGE, THOMAS BRADY, SHANNON BRADY, DANIEL LOPEZ, MONIKA LOPEZ, JEFFREY CURRY, COSTANDI PETE ASHI, CLAUDE BRALEY, PATRICIA BRALEY, MICHAEL BOUCHARD, JOANN BOUCHARD, PHILIP ISBELL, JONATHAN LEVINE, TERRY MOTTLEY, TERRY RICHTERS, ELAIN RICHTERS, JAMES TAYLOR, JASON DUGGER, and STEPHANIE HEATLEY-DUGGER, each individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC., and HYUNDAI MOTOR COMPANY,<br><br>     Defendants. | CASE NO.:  8:21-cv-01428-DOC-JDE<br><br>**ORDER GRANTING AS AMENDED STIPULATED REQUEST TO RESET SCHEDULING AND SETTLEMENT CONFERENCE [86]** |

1

Pursuant to the Parties' Stipulated Request, the Court HEREBY ORDERS:

1. The scheduling and settlement conference currently set for August 7, 2023, shall be reset to September 21, 2023 at 8:30 AM.

2. The parties are ordered to file a joint status report on or before August 25, 2023. If a stipulated dismissal is filed beforehand, this report is not required.

**IT IS SO ORDERED.**

Dated:  August 4, 2023

Hon. David O. Carter
United States District Judge