GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN CA 234417)
herringtonr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Jonathan H. Claydon (SBN IL 6289235)*
claydonj@gtlaw.com
Tiffany M. Andras (SBN IL 6320221)*
andrast@gtlaw.com
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
*Admitted pro hac vice

Attorney for Defendants
HYUNDAI MOTOR AMERICA, INC.
and HYUNDAI MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS THARPE, LAURA LEAMON, TREVER LEAMON, JOEL CARLISLE, TROY ACKERMAN, DEBORAH GEORGE, THOMAS BRADY, SHANNON BRADY, DANIEL LOPEZ, MONIKA LOPEZ, JEFFREY CURRY, COSTANDI PETE ASHI, CLAUDE BRALEY, PATRICIA BRALEY, MICHAEL BOUCHARD, JOANN BOUCHARD, PHILIP ISBELL, JONATHAN LEVINE, TERRY MOTTLEY, TERRY RICHTERS, ELAIN RICHTERS, and JAMES TAYLOR, JASON DUGGER, and STEPHANIE HEATLEY-DUGGER, each individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC., and HYUNDAI MOTOR COMPANY,<br><br>    Defendants. | CASE NO.: 8:21-cv-01428-DOC-JDE<br><br>Assigned to Hon. David O. Carter<br><br>**JOINT STATUS REPORT** |

1

Plaintiffs Travis Tharpe, Laura Leamon, Trever Leamon, Joel Carlisle, Troy Ackerman, Deborah George, Thomas Brady, Shannon Brady, Daniel Lopez, Monika Lopez, Jeffrey Curry, Costandi Pete Ashi, Claude Braley, Patricia Braley, Michael Bouchard, Joann Bouchard, Philip Isbell, Jonathan Levine, Terry Motley, Terry Richters, Elain Richters, James Taylor, Jason Dugger, and Stephanie Heatley-Dugger and Defendants Hyundai Motor America, Inc. and Hyundai Motor Company (collectively, the "Parties"), by and through their respective counsel, hereby submit the following joint status report regarding settlement in accordance with this Court's August 4, 2023 Order (ECF. No. 87).

1. Since the Parties' last Stipulated Request to Reset Scheduling and Settlement Conference on August 2, 2023 (ECF No. 86), the Parties have continued to work to finalize the details and terms of the settlement agreement.

2. The Parties have exchanged numerous drafts and comments on a written settlement agreement, after which this lawsuit will be dismissed.

3. Counsel for the Parties have agreed on all of the terms and final language for the settlement agreement. The agreed upon draft settlement agreement has been agreed to by Plaintiffs and Hyundai Motor America, Inc., and is in process of being approved by Hyundai Motor Company.

4. Once the settlement agreement is approved by all Defendants, all parties are expected to sign the agreement and the Parties expect to submit a joint stipulation for dismissal in advance of the next scheduled status conference.

DATED: August 25, 2023         GREENBERG TRAURIG, LLP

                               By: /s/ Robert J. Herrington
                               Robert J. Herrington
                               Attorney for Defendants
                               HYUNDAI MOTOR AMERICA, INC.
                               and HYUNDAI MOTOR COMPANY

| | |
|---|---|
| DATED: August 25, 2023 | HELLMUTH & JOHNSON, PLLC |
| | By: */s/ Brian W. Nelson* |
| | Brian W. Nelson |
| | Attorney for Plaintiffs |

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Brian Nelson, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.*

| | |
|---|---|
| DATED: August 25, 2023 | GREENBERG TRAURIG, LLP |
| | By */s/ Robert J. Herrington* |
| | Robert J. Herrington |
| | Attorney for Defendants |
| | HYUNDAI MOTOR AMERICA, INC. |
| | and HYUNDAI MOTOR COMPANY |