1 | Caleb Marker
caleb.marker@zimmreed.com
2 | Hrad A. Alexanian
hrag.alexanian@zimmreed.com
3 | **ZIMMERMAN REED**
6420 Wilshire Blvd., Suite 1080
4 | Los Angeles, CA 90048
877-500-8780
5 | Fax: 877-500-8781

6 | Anne T. Regan, *pro hac vice*
aregan@hjlawfirm.com
7 | Brian W. Nelson, *pro hac vice*
bwnelson@hjlawfirm.com
8 | Lindsey L. Larson, *pro hac vice*
llabellelarson@hjlawfirm.com
9 | **HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
10 | Edina, MN 55439
952-941-4005
11 | Fax: 952-941-2337

12 | *Counsel for Plaintiffs*

13 | Robert J. Herrington (SBN CA 234417)
herringtonr@gtlaw.com
14 | **GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
15 | Los Angeles, California 90067-2121
Telephone: 310.586.7700
16 | Facsimile: 310.586.7800

17 | Jonathan H. Claydon (SBN IL 6289235)*
claydonj@gtlaw.com
18 | Tiffany M. Andras (SBN IL 6320221)*
andrast@gtlaw.com
19 | **GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
20 | Chicago, Illinois 60601
Telephone: 312.456.8400
21 | Facsimile: 312.456.8435
*Admitted pro hac vice*

22 | *Counsel for Defendants*

1

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS THARPE, LAURA LEAMON, TREVER LEAMON, JOEL CARLISLE, TROY ACKERMAN, DEBORAH GEORGE, THOMAS BRADY, SHANNON BRADY, DANIEL LOPEZ, MONIKA LOPEZ, JEFFREY CURRY, COSTANDI PETE ASHI, CLAUDE BRALEY, PATRICIA BRALEY, MICHAEL BOUCHARD, JOANN BOUCHARD, PHILIP ISBELL, JONATHAN LEVINE, TERRY MOTTLEY, TERRY RICHTERS, ELAIN RICHTERS, and JAMES TAYLOR, JASON DUGGER, and STEPHANIE HEATLEY-DUGGER, each individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC., and HYUNDAI MOTOR COMPANY,<br><br>        Defendants. | CASE NO.: 8:21-cv-01428-DOC-JDE<br><br>Assigned to Hon. David O. Carter<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |

1  WHEREAS, all parties have executed a final settlement and release of claims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted,

DATED: January 24, 2024

**HELLMUTH & JOHNSON, PLLC**

By: */s/ Anne T. Regan*
Anne T. Regan (MN#333852)
*pro hac vice*
Brian W. Nelson (MN#0398481)
*pro hac vice*
Lindsey L. Larson (MN#0401257)
*pro hac vice*
8050 West 78th Street
Edina, MN 55439
Telephone: 952-941-4005
Facsimile: 952-941-2337
aregan@hjlawfirm.com
bwnelson@hjlawfirm.com
llabellelarson@hjlawfirm.com

Caleb Marker (SBN 269721)
Hrad A. Alexanian
**ZIMMERMAN REED**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: 877-500-8780
Fax: 877-500-8781
caleb.marker@zimmreed.com
hrag.alexanian@zimmreed.com

**ATTORNEYS FOR PLAINTIFFS**

DATED: January 24, 2024

**GREENBERG TRAURIG, LLP**

By: */s/ Jonathan H. Claydon*
Jonathan H. Claydon*
Tiffany M. Andras*
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
claydonj@gtlaw.com
andrast@gtlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert J. Herrington
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
herringtonr@gtlaw.com

*Admitted pro hac vice*

**ATTORNEYS FOR DEFENDANTS**

1
2   *Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Jonathan Claydon, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized me to file this document.*
3
4
5   DATED: January 24, 2023                    **HELLMUTH & JOHNSON, PLLC**
6                                              By */s/Anne T. Regan*
7                                              Anne T. Regan
                                               Attorney for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28