1
2
3
4
5
6
7
8
9  **UNITED STATES DISTRICT COURT**

10  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11  TRAVIS THARPE, LAURA LEAMON,         CASE NO.: 8:21-cv-01428-DOC-JDE
    TREVER LEAMON, JOEL CARLISLE,
12  TROY ACKERMAN, DEBORAH               Assigned to Hon. David O. Carter
    GEORGE, THOMAS BRADY, SHANNON
13  BRADY, DANIEL LOPEZ, MONIKA
    LOPEZ, JEFFREY CURRY, COSTANDI
14  PETE ASHI, CLAUDE BRALEY,            **ORDER REGARDING NOTICE OF**
    PATRICIA BRALEY, MICHAEL
15  BOUCHARD, JOANN BOUCHARD,            **DISMISSAL WITH PREJUDICE**
    PHILIP ISBELL, JONATHAN LEVINE,
16  TERRY MOTTLEY, TERRY RICHTERS,       **PURSUANT TO RULE 41(a)(1)(A)(ii)**
    ELAIN RICHTERS, and JAMES
17  TAYLOR, JASON DUGGER, and
    STEPHANIE HEATLEY-DUGGER, each
18  individually and on behalf of all others
    similarly situated,
19
            Plaintiffs,
20
21  v.

22  HYUNDAI MOTOR AMERICA, INC., and
    HYUNDAI MOTOR COMPANY,
23
            Defendants.
24
25
26
27
28

Upon stipulation of the parties and good cause appearing pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety. The clerk is directed to close this action.

Dated:  January 24, 2024

_David O. Carter_

Hon. David O. Carter